# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

---

No. 5,167.—STATE ex rel. E. R. SWAN, Relator, *v.* DISTRICT COURT et al., Respondents.

Original application for Writ of Supervisory Control directed to the District Court of the Thirteenth Judicial District and Robert C. Stong, a Judge thereof.

Decided July 3, 1922.

PER CURIAM.—The application of relator for a writ of supervisory control is, after due consideration, denied.

*Mr. Frank Woody,* for Relator.

---

No. 5,173.—STATE ex rel. I. R. EIDELL, Relator, *v.* O. J. COLLINS, Respondent.

Original application for Writ of Mandamus.

Decided July 15, 1922.

PER CURIAM.—The application of relator herein for a writ of *mandamus* is after due consideration denied.

*Mr. A. A. Grorud,* for Relator.